JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

ROSEMARIE ROSE CURRY-COLLINS,

        Plaintiff,

        v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

        Defendant.

Case No. CV 16-03858 AJW

J U D G M E N T

**IT IS ADJUDGED** that defendant's decision is affirmed.

May 25, 2017

_____
ANDREW J. WISTRICH
United States Magistrate Judge